IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SECURITY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | ) ) ) |
| *Petitioner*, | ) ) ) |
| v. | ) ) ) No. 3:08-01180 |
| M. TANGREDI RESTAURANTS, INC., d/b/a T's TUSCAN BAR and GRILL/ T's BAR and GRILL, and TANGREDI's ITALIAN KITCHEN, and MICHAEL TANGREDI, SR., | ) **Judge Nixon** ) **Magistrate Judge Brown** ) ) ) ) ) ) |
| *Respondents*. | ) |

## ORDER

Pending before the Court is Petitioner Secretary of Labor's Motion for Summary Judgment ("Petitioner's Motion") (Doc. No. 7) and Memorandum in Support (Doc. No. 8). Respondents have not filed an objection, therefore, the Court **GRANTS** Petitioner's Motion. This case is hereby **ADMINISTRATIVELY CLOSED**.

It is so ORDERED.

Entered this the ___17___ day of July, 2009.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT